UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NELSON R. SANTANA,<br><br>Plaintiff, *pro se*,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>Defendant. | **FILED**<br>DEC 1 3 2011<br>Clerk, U.S. District & Bankruptcy<br>Courts for the District of Columbia<br><br>Civil Case No. 9-300 (RJL) |

## FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this 10th day of December, 2011, it is hereby

**ORDERED** that defendant's Renewed Motion for Summary Judgment [Dkt. #22] is **GRANTED**; and it is further

**ORDERED** that judgment is entered in favor of the defendant; and it is further

**ORDERED** that the above-captioned case be **DISMISSED** with prejudice.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge