# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

DEC 1 3 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

)
NELSON R. SANTANA,                    )
                                      )
              **Plaintiff, _pro se_,**    )
                                      )
        **v.**                            )   Civil Case No. 9-300 (RJL)
                                      )
                                      )
DEPARTMENT OF JUSTICE,                )
                                      )
              **Defendant.**              )

## FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this 10ᵗʰ day of December, 2011, it is hereby

**ORDERED** that defendant's Renewed Motion for Summary Judgment [Dkt. #22] is **GRANTED**; and it is further

**ORDERED** that judgment is entered in favor of the defendant; and it is further

**ORDERED** that the above-captioned case be **DISMISSED** with prejudice.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge